UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LOUISIANA ELECTRICAL HEALTH          CIVIL ACTION NO. 09-cv-2193
FUND

VERSUS                                JUDGE HICKS

R & J ELECTRIC, INC.                  MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Louisiana Electrical Health Fund filed this action against R & J Electric, Inc. based on allegations that R & J is delinquent in the payment of fringe benefit contributions. R & J, through counsel, filed an answer. R & J's attorneys later filed a Motion to Withdraw (Doc. 10). Counsel reported that R & J, through its president, had indicated that R&J would take on the defense of this matter and did not wish for its attorneys to represent it any further in this matter.

The Motion to Withdraw was granted. The court explained, however, that corporations such as R & J are not allowed to appear in federal court other than through a licensed attorney. See Memon v. Allied Domecq QSR, 385 F.3d 871 (5th Cir. 2004). R & J was directed to have an attorney who is admitted to the bar of this court enroll to represent it by April 21, 2010. The court warned:

> "If R & J does not timely enroll counsel, the court will consider an appropriate method to address that failure. Potential methods include the striking of R & J's answer and the entry of a default judgment against it. R & J may not receive further notice from the court before such actions are taken, so it should

treat this order seriously and respond to it in a diligent manner if it does not wish to have a default judgment entered against it."

A copy of the order was mailed to the president of R&J at the address provided by former counsel. The April 21 deadline passed with no motion to enroll counsel or any filing by or communication from R&J. The court finds that it is appropriate in these circumstances to strike R&J's answer, and **the answer is hereby stricken**. The clerk of court is directed to **enter a default** against R&J.

Louisiana Electrical Health Fund is now directed to file, by **June 10, 2010**, a **Motion for Default Judgment** that is fully supported by affidavits, documentation, or other evidence sufficient to prove the liability of defendant, and the extent of damages suffered. The motion shall be supported by a memorandum that explains the legal basis for liability and damages. The motion must be accompanied by a proposed judgment. If Louisiana Electrical fails to take the steps required by this order, the complaint may be dismissed for failure to prosecute

THUS DONE AND SIGNED at Shreveport, Louisiana, this 26th day of April, 2010.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE